**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CORNELIUS WALSTON,**

    **Plaintiff,**

**v.**                                                          **Case No. 5:25-cv-369-AW-MJF**

**R DE JESUS LOPEZ,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Because Plaintiff failed to accurately disclose his litigation history, the magistrate judge recommends dismissal without prejudice. ECF No. 15. Plaintiff has filed no objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. In doing so, I note that there is no indication the statute of limitations has run (the alleged conduct was in 2025), so the dismissal without prejudice will not operate in practice as a dismissal with prejudice.

The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Plaintiff's failure to accurately disclose his litigation history, which constitutes a violation of the court's local rules." The clerk will then close the file.

1

SO ORDERED on August 13, 2026.

s/ *Allen Winsor*
Chief United States District Judge

2